UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-8349-WM

UNITED STATES OF AMERICA

v.

CHRISTOPHER JOHN ROGALSKI

Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?  ___ Yes ✓ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___ Yes ✓ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  ___ Yes ✓ No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BY: *Mark Dispoto*

MARK DISPOTO
ASSISTANT UNITED STATES ATTORNEY
District Court No. A5501143
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: 561-820-8711
Email: mark.dispoto@usdoj.gov

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
| v. | ) |
| Christopher John Rogalski, | ) Case No. 22-8349-WM |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

FILED BY _____ D.C.
AUG 11 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  August 10, 2022  in the county of  Palm Beach  in the
Southern  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 35(b) | willfully and maliciously, and with reckless disregard for the safety of human life, imparted and conveyed false information, knowing the information to be false, concerning an attempt to do any act which would be a crime prohibited by Chapter 2 or Chapter 97 or Chapter 11 of the United States Criminal Code. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

_____
*Complainant's signature*

STEVEN TYLER MITCHELL, SA FBI
*Printed name and title*

Sworn and attested to me by Applicant via Facetime pursuant to Fed. R. Crim. P. 4(d) and 4.1.

Date: August 11, 2022          _____
                                                            *Judge's signature*

City and state:        West Palm Beach, Florida           William Matthewman, U.S. Magistrate Judge
                                                                                        *Printed name and title*

## AFFIDAVIT OF SPECIAL AGENT STEVEN TYLER MITCHELL
## IN SUPPORT OF CRIMINAL COMPLAINT

I, Steven Tyler Mitchell, being first duly sworn, hereby depose and state as follows:

## AFFIANT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since October 25, 2021. I currently am assigned to the Counterterrorism Joint Terrorism Task Force (JTTF) squad at the Miami Field Office (MM), West Palm Beach Resident Agency (WPBRA). In this position, I have participated in investigations dealing with international terrorism, domestic terrorism, and other violent crimes. Prior to my Special Agent employment with the FBI, I was an Investigative Specialist with the FBI from March 2016 to May 2021. As an Investigative Specialist, I conducted multiple surveillance operations on various investigations of complex Counterterrorism, Counterintelligence, and Criminal cases. Since becoming an Agent, I have participated in a variety of aspects of investigations, including interviewed victims, witnesses, and subjects; executing search and arrest warrants; and obtaining and reviewing records related to criminal crimes. As a federal agent, I am authorized to investigate violations of laws of the United States, and as a law enforcement officer, I am authorized to execute warrants issued under the authority of the United States.

2. I am familiar with the facts described in this Affidavit through my own personal knowledge, as well as through my discussion with other law enforcement officials and my understanding of other investigative activities conducted during this investigation.

3. I make this affidavit in support of an application for issuance of a criminal complaint for Christopher John Rogalski (hereinafter "ROGALSKI"), for violation of Title 18, United States Code, Section 35(b), Bomb Hoax. This affidavit does not include all facts known to me, but rather contains facts sufficient to support the issuance of the complaint and arrest warrant.

## PROBABLE CAUSE

4. During the mid-morning hours of August 10, 2022, Palm Beach County Sheriff's Office Sergeant Ronnie Thaeter was on duty working at the Palm Beach International Airport (hereinafter "PBI") located at 1000 James L. Turnage Boulevard, West Palm Beach, FL 33415. While patrolling the 2nd Level of the airport, Sergeant Thaeter was approached by ROGALSKI who asked where Spirit Airlines was located. The Sergeant explained that Spirit Airlines was currently not in service at PBI. ROGALSKI then expressed his displeasure about Spirit Airlines not currently servicing PBI. Shortly thereafter, the Sergeant told ROGALSKI to have a nice day. ROGALSKI said goodbye and proceeded to the 3rd level of PBI.

5. Upon reaching the 3rd level of PBI, ROGLASKI exited the interior airport and talked to a parking deputy curbside on the exterior of the airport where customers are dropped off for departing flights. ROGLASKI talked to Deputy Driver about needing to be "Baker Acted," an apparent reference to being committed to a mental health treatment center. ROGLASKI then stated that he knew what to do. ROGALSKI then walked away and placed an orange canvas bag by the T335 exterior door. The parking deputy radioed the information over to PBI dispatch.

6. Upon the PBI dispatch, another deputy heard a bystander shouting for police and stating there is something down there while pointing in the direction of ROGALSKI. ROGALSKI was seen smoking a cigarette and looking agitated while wearing a black drawstring gym bag on his back. Sergeant Thaeter then approached ROGALSKI who explained that he was agitated that Spirit Airlines was not currently operating. ROGALSKI then looked Sergeant Thaeter in the eye and began rambling and using expletives, such as "F-this," "F-that," and "F-the cops." ROGLASKI then stated that there was something in his bag that would blow up. He then stated,

"I'm going to jump off this building and blow up the f-ing place." After a minor scuffle, ROGLASKI was placed under arrest.

7. As a result of ROGALSKI's threat, law enforcement and airport security took great measures to ensure the safety of the public. The third level (departures) of the airport was shut down to all vehicle and pedestrian traffic. A command post was established, FBI West Palm Beach RA was notified, and several units from the PBSO Explosion Ordinance Detection arrived on scene, along with FBI Bomb Technician Michael Stewart. The orange canvas bag was examined and determined to not contain any explosive device. In total, PBI was closed to the public for several hours.

8. Based on the aforementioned information, your affiant respectfully submits there is probable cause to believe that ROGLASKI, willfully and maliciously, and with reckless disregard for the safety of human life, imparted and conveyed false information, knowing the information to be false, concerning an attempt to do any act which would be a crime prohibited by Chapter 2 or Chapter 97 or Chapter 11 of the United States Criminal Code, in violation of Title 18, United States Code, Section 35(b).

_____
STEVEN TYLER MITCHELL
Federal Bureau of Investigation
Special Agent
West Palm Beach, Florida

Sworn and attested to me by Applicant via Facetime on this __11th__ day of
day of August, 2022, in West Palm Beach, Florida, pursuant to Fed. R. Crim. P. 4(d) and 4.1.

_____
HONORABLE WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name: CHRISTOPHER JOHN ROGALSKI**

Imparting or conveying false information (bomb hoax)

Title 18, United States Code, Section 35(b)

**\*Max. Penalty:**    5 years' imprisonment; 3 years supervised release; $250,000 fine

**\*Refers only to possible term of incarceration, supervised release and fine.   It does not include possible restitution, special assessments, or forfeitures that may be applicable.**